UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22155-JAL

VIRGIL WOODSON,

    Plaintiff,

v.

CITY OF OPA-LOCKA;
OFFICER H. PAYOUTE; OFFICER
JOHN DOE #1; OFFICER JOHN DOE #2;
AND OFFICER JOHN DOE #3 ,

    Defendants.
_____/

## DEFENDANT, CITY OF OPA-LOCKA'S, ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Defendant, CITY OF OPA-LOCKA, by and through its undersigned attorneys, and for its answer and defenses to Plaintiff's amended complaint states:

1. Defendant denies the allegations of paragraphs 1 and 2 and demands strict proof.

2. Defendant admits the allegations of paragraphs 3 through 5, inclusive, to the extent that this Court has jurisdiction and that venue is appropriate. Defendant denies any and all other allegations contained in paragraphs 3 through 5, inclusive, and demands strict proof.

3. Defendant is without knowledge of the allegations of paragraph 6. Defendant

therefore denies same and demands strict proof.

4. Defendant admits the allegations of paragraph 7.

5. Defendant admits the allegations of paragraphs 8 through 11, inclusive, to the extent that Co-Defendant, Payoutte, served as City police officer. Defendant denies the remainder of the allegations of paragraphs 8 through 11, inclusive, and demands strict proof.

6. Defendant denies the allegations of paragraphs 12 through 30, inclusive, and demands strict proof.

7. Defendant is not sued in Count I, comprised of paragraphs 31 through 40, inclusive. Defendant therefore shall not respond.

8. Paragraph 41 merely realleges specified preceding paragraphs. In response, Defendant adopts and realleges its responses to the specified paragraphs.

9. Defendant denies the allegations of paragraphs 42 through 51, inclusive, comprising the remainder of Count II, and demands strict proof.

10. Paragraph 52 merely realleges specified preceding paragraphs. In response, Defendant adopts and realleges its responses to the specified paragraphs.

11. Defendant denies the allegations of paragraphs 53 through 56, inclusive, comprising the remainder of Count III, and demands strict proof.

12. Defendant denies any and all allegations not specifically admitted in this answer and demands strict proof.

13. Defendant is a governmental subdivision of the State of Florida. As such, Defendant is entitled to sovereign immunity from suit and/or liability for the conduct

complained of. Additionally or alternatively, Defendant's liability is statutorily limited as more fully set forth in §768.28, Florida Statutes.

14. The sole legal cause of any and all damages sustained by Plaintiff was Plaintiff's own criminal, illegal, unlawful, wrongful, or otherwise culpable conduct.

15. Defendant's police officers used no force upon Plaintiff.

16. Defendant's police officers at all times used only such force as was reasonably necessary under the circumstances for the police officers to secure and control Plaintiff, who was legally in Defendant's custody.

17. Defendant's police officers at all times used only such force as was reasonably necessary under the circumstances for the officers to protect and defend themselves, fellow officers, and bystanders from the Plaintiff's physical threat and assault.

18. Plaintiff has failed to mitigate his damages.

19. Plaintiff did not suffer the deprivation of any right, privilege, or immunity secured by the United States Constitution.

20. Defendant's police officers did not subject Plaintiff, nor cause Plaintiff to be subjected to the deprivation of any right, privilege, or immunity secured by the United States Constitution.

21. No official policy or custom of Defendants subjected Plaintiff, nor caused Plaintiff to be subjected to the deprivation of any right, privilege, or immunity secured by the United States Constitution.

### Demand for Attorney's Fees

22.     Plaintiff has sued Defendant pursuant to 42 USC § 1983.

23.     Plaintiff's action against Defendant is frivolous, unreasonable, and without foundation in law or fact.

24.     Pursuant to 42 USC § 1988, Defendant is entitled to recover its attorney's fees once Defendant has prevailed in this action

### Demand for jury trial

Defendant demands trial by jury of all issues so triable as of by right of a jury.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  29th  day of February, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

>
> JOHNSON, ANSELMO, MURDOCH,
> BURKE, PIPER & HOCHMAN, P.A.
> Attorneys for Defendant City of Opa-Locka
> 2455 East Sunrise Boulevard, Suite 1000
> Fort Lauderdale, Florida 33304
> Telephone.:  (954) 463-0100
> Facsimile.:   (954) 463-2444
>
>
> By:     *s/Christopher J. Stearns*
>            CHRISTOPHER J. STEARNS
>            Florida Bar No.:  557870

## SERVICE LIST

**Roderick D. Vereen, Esq.**
LAW OFFICE OF RODERICK D. VEREEN, ESQ., P.A.
P.O. Box 68-0697
Miami, Florida 33168
Telephone:   (786) 391-1751
Facsimile:   (786) 409-3113 Fax
Email:   Vereen2469@aol.com

_____

**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendants
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.:   (954) 463-0100
Facsimile.:   (954) 463-2444
stearns@jambg.com / blouin@jambg.com