UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22155-JAL

VIRGIL WOODSON,

 Plaintiff,

v.

CITY OF OPA-LOCKA;
OFFICER H. PAYOUTE; OFFICER
JOHN DOE #1; OFFICER JOHN DOE #2;
AND OFFICER JOHN DOE #3,

 Defendants.
_____/

## DEFENDANTS, CITY OF OPA LOCKA AND OFFICER H. PAYOUTE'S, WITNESS LIST

 Defendants, CITY OF OPA-LOCKA and OFFICER H. PAYOUTE, by and through undersigned counsel, pursuant to the Uniform Order Setting Cause for Trial by Jury and Directing Pre-Trial Procedure dated April 20, 2016, hereby files its Witness List, as follows:

## WITNESSES

1. Virgil Woodson   Plaintiff
  c/o Roderick D. Vereen, Esq.
  Law Office of Roderick D. Vereen, P.A.
  P.O. Box 68-0697
  Miami, Florida 33168

and

  Brad E. Kelsky, Esq.
  Kelsky Law, P.A.
  1250 S. Pine Island Drive, Suite 250
  Plantation, Florida 33324

2. Officer Henry Payoute   Defendant
  c/o Christopher J. Stearns
  Johnson, Anselmo, Murdoch,
  Burke, Piper & Hochman, P.A.
  2455 East Sunrise Boulevard, Suite 1000
  Fort Lauderdale, Florida 33304

| | | |
|---|---|---|
| 3. | Corporate Representative for the<br>City of Opa-Locka<br>c/o Christopher J. Stearns<br>Johnson, Anselmo, Murdoch,<br>Burke, Piper & Hochman, P.A.<br>2455 East Sunrise Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33304 | Defendant |
| 4. | Captain A. Balom<br>c/o City of Opa Locka Police Department | |
| 5. | Pamela Barret | |
| 6. | Officer Bell<br>c/o City of Opa Locka Police Department | |
| 7. | Detective Mohan Britton<br>c/o City of Opa-Locka Police Department | |
| 8. | Officer Carlos A. Ferrufino<br>c/o City of Opa Locka Police Department | |
| 9. | Officer Victor Fonseca<br>c/o City of Opa Locka Police Department | |
| 10. | Officer Lawrence Holborow<br>c/o City of Opa Locka Police Department | |
| 11. | Leon a.k.a Lenny<br>Last name is unknown at this time. | |
| 12. | Officer Sergio Perez<br>c/o City of Opa Locka Police Department | |
| 13. | Detective Gene Siegrist<br>c/o City of Opa Locka Police Department | |
| 14. | Jamal Tumer | |
| 15. | JAC Nurse Ansley Williams | |
| 16. | Officer Dwayne Williams<br>c/o City of Opa Locka Police Department | |
| 17. | Shalaundra Williams | |

18. Sargent Michael Steel
    c/o City of Opa Locka

19. Any and all health care providers identified in Virgil Woodson's medical records.

20. Any physicians, dentists, nurses or health care providers who have examined, treated or cared for Virgil Woodson in any way.

21. Any and all examining physicians or physicians who have interpreted lab studies, radiographic studies, x-rays, MRI films, discograms or any diagnostic studies concerning Virgil Woodson.

22. Any and all witnesses identified in depositions completed and/or to be completed in this case.

23. All persons listed in Plaintiff's answers to interrogatories or responses to request for production.

24. Any and all fact and expert witnesses listed by Plaintiff, without waiving objections.

25. Impeachment or rebuttal witnesses, as developed or necessary.

26. Defendant reserves the right to amend this witness list with witnesses as they become known, upon notice to the Plaintiff.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of May, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendant City of Opa-Locka
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.:  (954) 463-0100
Facsimile.:  (954) 463-2444

By: _____
CHRISTOPHER J. STEARNS
Florida Bar No.: 557870

## SERVICE LIST

**Roderick D. Vereen, Esq.**
LAW OFFICE OF RODERICK D. VEREEN, ESQ., P.A.
Attorney for Plaintiff
P.O. Box 68-0697
Miami, Florida 33168
Telephone: (786) 391-1751
Facsimile: (786) 409-3113 Fax
Vereen2469@aol.com

**Brad E. Kelsky, Esq.**
KELSKY LAW, P.A.
Attorney for Plaintiff
1250 S. Pine Island Drive, Suite 250
Plantation, Florida 33324
Telephone: (954) 449-1400
Facsimile: (954) 449-8986 Fax
bradkelsky@kelskylaw.com
barbarallinas@kelskylaw.com

---

**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendants
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.: (954) 463-0100
Facsimile.: (954) 463-2444
stearns@jambg.com / blouin@jambg.com