UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 15-22155-CV-JAL

VIRGIL WOODSON,

    Plaintiff,

v.

CITY OF OPA-LOCKA, a Municipality organized under the laws of the State of Florida and OFFICER H. PAYOUTE, et.al.

    Defendants.
_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff, VIRGIL WOODSON, by and through his undersigned counsel and pursuant to the Uniform Order Setting Cause for Trial by Jury and Directiing Pre-Trial Procedure dated April 20, 201, hereby files his Witness List, as follows:

1. Opa-Locka Police Officer Sergio Perez, Opa-Locka Police Department, 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054;

2. Opa-Locka Police Officer Victor Fonseca, Opa-Locka Police Department 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054

3. Opa-Locka Police Officer Carlos Ferrufino, Opa-Locka Police Department 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054-.

4. Miami Gardens Police Officer (former Opa-Locka Police Officer) Henry Payoute, Miami Gardens Police Department, 18611 NW 27th Avenue, Miami Gardens, Florida 33156.

5. Opa-Locka Police Detective Mohan Britton, Opa-Locka Police Department 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054

6. Opa-Locka Police Detective Gene Siegrist, Opa-Locka Police Department 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054.

7. Dwayne Williams, Opa-Locka Reserve Police Officer, Opa-Locka Police Department, 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054.

8. Jamal Tomer, address unknown

9. Captain A. Balom, Opa-Locka Police Department, 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054.

10. Lawrence Holborow, Opa-Locka Police Officer, 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054.

11. JAC Nurse Ansley Willaims, 3300 N.W. 27th Avenue, Miami, Florida

12. Sgt. Michael Steele, Opa-Locka Police Officer, Opa-Locka Police Department, 2495 Ali Baba Avenue, Opa-Locka, Fl. 33054.

13. All persons listed in Defendants' Answers to Interrogatories or responses to Request for Production,

14. Any and all fact and expert witnesses listed by Defendants.

15. Impeachment or rebuttal witnesses, as developed or necessary.

16. Plaintiff reserves the right to amend this witness list with witnesses as they become known, upon notice to the defendants.

        Respectfully submitted,

        RODERICK D. VEREEN, ESQ., P.A
        Attorney for Plaintiff
        P.O. Box 68-0697
        Miami, Florida 33168
        Tel: (786) 391-1751
        Fax: (786) 409-3113
        Vereen2469@aol.com

By: ***/s/Roderick D. Vereen, Esq.***
        RODERICK D. VEREEN, ESQ.
        Florida Bar No: 869589

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served copies of the foregoing document upon Christopher Stearns, Esq., JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCKMAN, P.A., Attorneys for Defendants City of Opa-Locka and Henry Payoute, 2455 East Sunrise Boulevard, Suite 1000, Fort Lauderdale, Florida 33304 this May 18, 2016.

        By: ***/s/Roderick D. Vereen, Esq.***
            Florida Bar No: 869589